IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION


MARY BOWER and                          )
WILLIAM D. LANE,                        )
                                        )
            Plaintiffs,                 )
                                        )
vs.                                     )          Case No. 05-3222-CV-S-ODS
                                        )
STATE FARM FIRE & CASUALTY,             )
                                        )
            Defendant.                  )


ORDER AND OPINION GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

        Pending is Plaintiffs' Motion for Leave to Proceed In Forma Pauperis (Doc. # 1).

After reviewing the Complaint and supplemental information (Doc. # 4), Plaintiffs'

request to proceed in forma paueris is granted.

        Under 28 U.S.C. § 1915(a)(1), the Court may authorize the commencement of an

action without the payment of fees, costs or security.  When determining whether to

allow a plaintiff to proceed in forma pauperis, a court first determines whether the

plaintiff has stated a claim in accordance with 28 U.S.C. § 1915.   Section 1915(e)(2)

states:

        Notwithstanding any filing fee, or any portion thereof, that may have been
        paid, the court shall dismiss the case at any time if the court determines
        that (A) the allegation of poverty is untrue; or (B) the action or appeal - (i)
        is frivolous or malicious; (ii) fails to state a claim on which relief may be
        granted; or (iii) seeks monetary relief against a defendant who is immune
        from such relief.

        According to Plaintiffs' Complaint and the supplemental information they provided

the Court, Plaintiffs alleges claims of fraud, spoilation of evidence, slander and invasion

of privacy against Defendant State Farm Fire and Casualty.  Plaintiffs fail to state a

claim upon which relief may be granted on their claims of fraud, spoilation of evidence

or slander.  However, it appears that Plaintiffs may have stated a claim for invasion of

privacy.  For this reason and for the purpose of proceeding with this claim only,

Plaintiffs' motion for leave to proceed in forma pauperis is granted.

      IT IS SO ORDERED.

Date: June 15, 2005                      /s/   Ortrie D. Smith          
                                          ORTRIE D. SMITH, JUDGE
                                          UNITED STATES DISTRICT COURT

Case 6:05-cv-03222-ODS   Document 6   Filed 06/15/05   Page 2 of 2